UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:08-CR-0079 DPJ JCS

**KIMBERLY GENTRY**
**CANDANCE BROWN,**
**LATONYA CASNELL, and**
**JAMAAL TYLER**

### ORDER OF DISMISSAL OF REMAINING COUNTS
### AS TO DEFENDANT KIMBERLY GENTRY WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 14, 16, 17, 18, 19 and 20 of the Indictment against defendant KIMBERLY GENTRY without prejudice.

 Respectfully submitted,

 STAN HARRIS
 Acting United States Attorney

 /s/Dave Fulcher
 By:  DAVE FULCHER
 Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 14, 16, 17, 18, 19 and 20 as to defendant KIMBERLY GENTRY without prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2009.

 s/ *Daniel P. Jordan III*
 UNITED STATES DISTRICT JUDGE